**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7119**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

BILLY LAMONT ROUSER, a/k/a Black,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Henry Coke Morgan, Jr.,
Senior District Judge.  (4:99-cr-00021-RBS-TEM-5)

Submitted:  November 13, 2008      Decided:  November 20, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Lamont Rouser, Appellant Pro Se.  Laura Marie Everhart,
Assistant  United  States  Attorney,  Norfolk,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Lamont Rouser appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Rouser</u>, No. 4:99-cr-00021-RBS-TEM-5 (E.D. Va. filed May 21, 2008; entered May 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2